JONES *v.* CAMPBELL, WYANT & CANNON FOUNDRY CO.

WORKMEN'S COMPENSATION—VICTIM OF FELLOW SERVANT'S HORSE-
PLAY.
    Foundry worker, injured while operating an electric truck with
    alleged permission of regular operator, *held*, not entitled to
    compensation for injuries received, consisting of fractured
    pelvis, where sustained as victim of fellow servant's horseplay
    in grabbing hold of plaintiff.

Appeal from Department of Labor and Industry.
Submitted April 6, 1938. (Docket No. 29, Calendar
No. 39,909.) Decided June 6, 1938.

Charles Jones presented his claim against Camp-
bell, Wyant & Cannon Foundry Company, employer,
and Michigan Mutual Liability Company, insurer,
for injuries sustained in defendant's employ. Award
to plaintiff. Defendants appeal. Reversed.

*F. E. Wetmore,* for plaintiff.

*L. J. Carey* and *Geo. J. Cooper,* for defendants.

WIEST, C. J. In February, 1937, plaintiff was em-
ployed in defendant's foundry, breaking up and put-
ting slag in buckets, to be removed by a motor truck,
operated by others. While he was running an elec-
tric truck, as he claims, by permission of its regular
operator, a fellow employee grabbed hold of him
and, to support himself, he seized the reverse operat-

ing lever, the truck moved backward, bumped him against a wall and he sustained a fracture of the left pelvis. He was in a hospital for several weeks and made a good recovery.

The department of labor and industry awarded him compensation during the period of disability and for hospital expenses.

Defendant prosecutes review, contending that plaintiff was injured by the horseplay of a fellow employee and, therefore, not by an accident arising out of and in the course of his employment.

The evidence negatived any motive on the part of the fellow employee, outside of playfulness. The department entertained and expressed the opinion that, inasmuch as plaintiff was not a participant in the play, the decisions of this court in so-called horseplay instances did not control.

In *Tarpper* v. *Weston-Mott Co.*, 200 Mich. 275 (L. R. A. 1918E, 507), the victim of a fellow servant's horseplay was not a participant, nor was the victim in *Steffes* v. *Ford Motor Co.*, 239 Mich. 501, and in both cases it was held there could be no award.

Had the fellow employee assaulted plaintiff there could be no award. *Marshall* v. *Baker-Vawter Co.*, 206 Mich. 466. In such case there is also no participation by the victim.

The department was in error and the award is vacated, with costs to defendant.

BUTZEL, BUSHNELL, SHARPE, POTTER, CHANDLER, NORTH, and MCALLISTER, JJ., concurred.